UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAN A. NORMAN, )<br>)<br>Defendant. ) | Cause No. 4:07CV00578 ~~FRB~~ JCH |

### ~~PROPOSED~~ ORDER AND JUDGMENT

It appearing that the Defendant has failed and refused to comply with its commitments and promises, **JUDGMENT BY DEFAULT** is hereby entered against Defendant, Dan A. Norman, on Plaintiffs' Complaint.

**WHEREFORE, IT IS ORDERED** that a constructive trust shall be imposed over any part of the overpayment remaining in Defendant's possession and particularly with respect to Defendant's account at Concordia Bank in Concordia, Missouri.

**IT IS FURTHER ORDERED** that Defendant shall account to Plaintiffs for any amount of the overpayment still in his possession and requiring Defendant to return the same to Plaintiffs.

**IT IS FURTHER ORDERED** that Defendant shall account to Plaintiffs for any amount of the overpayment no longer in his control.

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiffs their costs and attorney's fees associated with this case.

**IT IS SO ORDERED.**

_/s/ Jean C. Hamilton_
United States District Judge

F:\Users\JRK\Local 513\Dan Norman\Default\Default Judgment\Judgment.wpd